# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

David B. McCain
McCain, Swann & Jankins
P. O. Box 1844
Lake Charles LA 70602

**REHEARING ACTION: February 26, 2014**

**Docket Number: 13   00477-CA**

**BLACK WATER MARSH, LLC**
**VERSUS**
**ROGER C. FERRISS PROPERTIES, INC., ET AL.**

**Appealed from Calcasieu Parish Case No. 20114641**

**BEFORE JUDGES:**

      **Hon. Jimmie C. Peters**
      **Hon. Elizabeth A. Pickett**
      **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gary M. Lavoi d/b/a Blackwater Marshes, Inc.** has this day been

      **DENIED.**

cc: Timothy O'Dowd, Counsel for the Appellee
    Thomas John Gayle, Counsel for the Appellee